U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 29, 2020

May 28, 2020

**By ECF**
Hon. Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Yovana Dolphy*, 10 Cr. 1046 (VM)

Dear Judge Marrero:

The Government writes to request an adjournment of the sentencing in the above-captioned matter, currently scheduled for June 2, 2020, for approximately 30 days in light of the Covid-19 pandemic. The Government has conferred with defense counsel who consents to the adjournment. The Government has also conferred with Probation, who has advised that June 30, 2020, is the maximum expiration date of the defendant's supervised release. Probation further advised that, in the event that the defendant is not sentenced by June 30, 2020, the case will be in delayed revocation status due to the violation and Probation will continue supervising the defendant until she is sentenced.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: *[signature]*
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

---

The request is granted. The sentencing is rescheduled for July 17, 2020, at 2:30 p.m.

SO ORDERED.

May 29, 2020
DATE

*[signature]*
VICTOR MARRERO, U.S.D.J.