USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 14, 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :     **10 CR 1046 (VM)**
                                   :
       -against-                   :
                                   :     **ORDER**
YOVANA DOLPHY,                     :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Court previously scheduled a sentencing in the above-referenced matter for Friday, July 17, 2020, at 2:30 p.m. (See Dkt. No. 319.) Due to the ongoing coronavirus pandemic, the sentencing will take place by telephone.

Counsel are directed to use the following dial-in: 888-363-4749 (international callers dial 215-446-3662); access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
         14 July 2020

_____
Victor Marrero
U.S.D.J.